Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ELVIA IMELDA OLIVARES FUENTES, et al., <br><br> Defendants. | CASE NO. 1:12-cv-01949-LJO-SKO <br><br> PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING INITIAL SCHEDULING CONFERENCE; AND ORDER |

**TO THE HONORABLE SHEILA K. OBERTO, THE DEFENDANT/S AND THEIR ATTORNEY/S OF RECORD:**

Plaintiff J & J Sports Productions, Inc., hereby applies *ex parte* for an order continuing the Initial Scheduling Conference presently set for Tuesday, March 5, 2013 at 9:45 AM.  As set forth below Plaintiff respectfully requests that the Court continue the Initial Scheduling Conference to a new date approximately Thirty (30) to Forty-Five (45) days forward.

The request for the brief continuance is necessitated by the fact that Plaintiff has not yet perfected service of the initiating suit papers upon the Defendants Elvia Imelda Olivares Fuentes and Rafael Castillo Gil, individually and d/b/a Culiacan Restaurant a/k/a Tacos Y Mariscos Culiacan.  As a result, Plaintiff's counsel has not conferred with the defendants concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Joint Scheduling Report.

Plaintiff recently identified an alternative address that it believes will be successful to serve its initiating suit papers, upon the Defendants.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Initial Scheduling Conference, presently scheduled for Tuesday, March 5, 2013 at 9:45 AM.

Respectfully submitted,

Dated: February 20, 2013         */s/ Thomas P. Riley*
                                 **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                 By: Thomas P. Riley
                                 Attorneys for Plaintiff
                                 J & J Sports Productions, Inc.

## ORDER

It is hereby ordered that the Initial Scheduling Conference in civil action number 2:12-cv-01949-LJO-SKO styled *J & J Sports Productions, Inc. v. Fuentes, et al.*, is hereby continued from 9:45 AM, Tuesday, March 5, 2013, to Tuesday, April 9, 2013, at 10:00 a.m.

Plaintiff shall serve a copy of this Order on the Defendants and thereafter file a Certification of Service of this Order with the Clerk of the Court.

IT IS SO ORDERED.

Dated:   **February 20, 2013**            /s/ Sheila K. Oberto
                                     UNITED STATES MAGISTRATE JUDGE

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
INITIAL SCHEDULING CONFERENCE; AND ORDER (Proposed)
CASE NO. 1:12-cv-01949-LJO-SKO**