Thomas P. Riley, SBN 194706
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| J & J Sports Productions, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>Elvia Imelda Olivares Fuentes, et al.,<br><br>Defendants. | Case No. 1:12-cv-01949-LJO-SKO<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL; AND ORDER** |

**NOTICE IS HEREBY GIVEN**, that, Plaintiff voluntarily dismisses, ***without prejudice,*** defendant Rafael Castillo Gil, individually and d/b/a Tacos Y Mariscos Culiacan, <u>only</u>.

This Dismissal is made pursuant to FRCP 41 (a).

Dated: June 3, 2013        */s/  Thomas P. Riley*
                           **LAW OFFICES OF THOMAS P. RILEY, P.C**.
                           By:  Thomas P. Riley
                           Attorneys for Plaintiff
                           J & J Sports Productions, Inc.

**ORDER**

It is hereby ordered that civil action number 1:12-cv-01949-LJO-SKO styled *J & J Sports Productions, Inc. v. Elvia Imelda Olivares Fuentes, et al.*, is dismissed **without prejudice** as to defendant Rafael Castillo Gil, individually and d/b/a Tacos Y Mariscos Culiacan, <u>only</u>.  Plaintiff shall also serve a copy of this Order on the Defendants and thereafter file a Certification of Service of this Order with the Clerk of the Court.

IT IS SO ORDERED.

Dated:   **June 3, 2013**                              /s/ Lawrence J. O'Neill
                                                           UNITED STATES DISTRICT JUDGE