UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO. CV F 12-1949 LJO SKO |
| Plaintiff, | **NOTICE OF INTENT TO DISMISS ACTION** <br> (Doc. 19) |
| vs. | |
| ELVIA IMELDA OLIVARES FUENTES, et al., | |
| Defendants. | |

This Court's June 4, 2013 order ("June 4 order") required plaintiff, no later than June 19, 2013, to file papers to seek default judgment against remaining defendant Elvia Imelda Olivares Fuentes ("Ms. Fuentes"). Plaintiff disobeyed the June 4 order and filed no timely papers to seek default judgment against Ms. Fuentes. As such, this Court INTENDS to dismiss and close this action unless, no later than June 26, 2013, plaintiff files papers either: (1) to show good cause why this Court should not dismiss and close this action; or (2) to seek default

1

judgment against Ms. Fuentes. This Court ADMONISHES plaintiff and plaintiff's counsel that plaintiff and plaintiff's counsel must diligently prosecute actions and must obey this Court's orders and are subject to sanctions as this Court deems proper.

IT IS SO ORDERED.

    Dated:   **June 20, 2013**                    **/s/ Lawrence J. O'Neill**
                                                              UNITED STATES DISTRICT JUDGE