UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>ELVIA IMELDA OLIVARIES FUENTES,<br><br>Defendants.<br>_____/ | CASE NO. CV F 12-1949 LJO SKO<br><br>**ORDER TO DISMISS AND CLOSE ACTION**<br>(Doc. 20.) |

This Court's June 20, 2013 order notified plaintiff that this Court intends to dismiss and close this action, unless no later than June 26, 2013, plaintiff filed papers to demonstrate good cause not to dismiss this action or to seek default judgment against the remaining defendant. Plaintiff filed no papers to respond to the order. As such, this Court DISMISSES this action and DIRCTS the clerk to close this action.

IT IS SO ORDERED.

Dated:   **June 27, 2013**                           /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28